IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CR-62-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| KORTNEY DONNELL CREWS, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion through counsel for temporary release so that defendant may attend his grandmother's funeral.

Having reviewed the record and all the circumstances in this matter, the court DENIES the motion [DE #19].

This 9th day of May 2019.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26